# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | Western Alliance Bank Mobile Banking App ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the Western Alliance Bank Mobile Banking Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, Western Alliance Bank offers a mobile banking app with a 'Remote Deposit' feature, enabling users to conveniently deposit checks using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br><br><br>http://web.archive.org/web/20230922014820/https://www.westernalliancebancorporation.com/small-business/mobile-and-online-banking |



http://web.archive.org/web/20230922014820/https://www.westernalliancebancorporation.com/small-business/mobile-and-online-banking



https://www.westernalliancebancorporation.com/commercial/treasury-management/information-reporting/mobile-and-online-banking

https://play.google.com/store/apps/details?id=com.mfoundry.mb.android.mb_beb103



https://play.google.com/store/apps/details?id=com.mfoundry.mb.android.mb_beb103

# The Processor

The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.

https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor

| | |
|---|---|
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., front-side image of the check) using an interface (e.g., the image capturing interface of the Western Alliance Bank Mobile Banking Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet).<br><br>As shown below, the Western Alliance Bank Mobile Banking app features a 'Remote Deposit' option that utilizes the phone's camera, allowing users to capture images of the front and back of a check for deposit via their smartphones.<br><br><br><br>https://www.westernalliancebancorporation.com/insights/how-efficiency-boosting-banking-tools-can-help-your-nonprofit-manage-growth |



https://play.google.com/store/apps/details?id=com.mfoundry.mb.android.mb_beb103

| | |
|---|---|
| | https://www.westernalliancebancorporation.com/commercial/treasury-management/information-reporting/mobile-and-online-banking<br><br><br><br>https://play.google.com/store/apps/details?id=com.mfoundry.mb.android.mb_beb103 |
| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;<br><br>Col 4: line 64 – Col 5: line 4 | The accused instrumentality discloses constructing an image entity (e.g., mobile check deposit) using the acquired image (e.g., front-side image of the check), one or more other images (e.g., back-side image of the check), and an image profile (e.g., information linked to checks, such as deposit amount and associated depositing bank account) of the acquired image (e.g., front-side image of the check).<br><br>As shown below, the Western Alliance Bank Mobile Banking app features a |

The image further being described as a virtual image entity by software means wherein <u>the image entity comprises of an image profile that associates the image with collateral information</u> such as audio, voice, <u>text</u>, speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.

**Col 6: lines 35-40**

The image **130** and video **131** can be expressed as purely digital data and <u>all of the other information associated with the image profile **121** may also be represented as purely digital data.</u> The digital rendering of the composite data creates a purely digital image entity **120** comprising of

'Remote Deposit' option that utilizes the phone's camera to capture the front and back images of the check. The user reviews the deposit amount, account details, and check images before submission.



https://www.westernalliancebancorporation.com/personal/online-banking

https://www.westernalliancebancorporation.com/commercial/treasury-

| | |
|---|---|
| *an image and an image profile.* | management/information-reporting/mobile-and-online-banking  https://play.google.com/store/apps/details? id=com.mfoundry.mb.android.mb_beb103 |
| transmitting the image entity to one or more servers to update and/or refresh display of the constructed image entity, wherein the constructed image entity is accessible to one or more recognized users of a virtual network | The accused instrumentality discloses transmitting the image entity (e.g., mobile check deposit) to one or more servers (e.g., Western Alliance Bank servers) to update and/or refresh display of the constructed image entity (e.g., mobile check deposit), wherein the constructed image entity (e.g., mobile check deposit) is accessible to one or more recognized users (e.g., joint account holders) of a virtual network (e.g., Western Alliance Bank network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the Western Alliance Bank Mobile Banking Application) in communication with the one or more servers (e.g., Western Alliance Bank servers). |

| | |
|---|---|
| via one or more client devices through applications in communication with the one or more servers. | As shown below, the accused instrumentality allows users to deposit checks online. An online check deposit works by submitting check images and relevant information such as account and amount during the process. The images and information submitted during the process is stored on the servers associated with the accused instrumentality. Joint account users can access all account statements and check deposit status.<br><br><br><br>https://www.westernalliancebancorporation.com/commercial/treasury-management/information-reporting/mobile-and-online-banking |



https://play.google.com/store/apps/details?id=com.mfoundry.mb.android.mb_beb103



https://www.westernalliancebancorporation.com/privacy-legal-home/privacy-policy

https://www.westernalliancebancorporation.com/privacy-legal-home/privacy-policy

**Joint Account**

A consumer account opened by two or more persons is considered a "joint account". Unless you designate otherwise on the signature card, joint Account holders will be considered joint tenants with right of survivorship, where funds will immediately pass to the other joint Account holder upon the death of one of the Account holders.

Each joint Account holder, without the consent of any other Account holder, may, and hereby is authorized by every other joint Account holder, to make any transaction permitted under this Agreement, including without limitation:

1. To withdraw all or any part of the Account funds;

2. To pledge the Account funds as collateral to Bank for any obligation, whether that of one or more Account holders or of a third party;

3. To endorse and deposit checks and other items payable to any joint Account holder;

4. To give stop payment orders on any check or item, whether drawn by that Account holder or not;

https://www.westernalliancebancorporation.com/sites/default/files/2022-01/deposit-account-agreement-and-disclosure.pdf



http://web.archive.org/web/20240205045159/https://www.westernalliancebancorporation.com/small-business/mobile-and-online-banking